| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CCCG, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | **16-12040-M** |

☑ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 27, 2017**   X **/s/ Scott P. Kirtley**
  Signature of individual signing on behalf of debtor

  **Scott P. Kirtley**
  Printed name

  **Trustee**
  Position or relationship to debtor

---

Official Form 202  **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CCCG, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | 16-12040-M |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................................ $ **5,160,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................................... $ **35,402,529.60**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................................ $ **40,562,529.60**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **26,782,811.70**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **24,978.65**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **717,544.90**

4. **Total liabilities** ................................................................................................................................
   Lines 2 + 3a + 3b      $ **27,525,335.25**

**Fill in this information to identify the case:**

Debtor name: **CCCG, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known): **16-12040-M**

■ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank | Checking | | $28,059.33 |
| 3.2. | Wells Fargo Bank | Checking | | $9,866.96 |
| 3.3. | Wells Fargo Bank | Checking | | $5,881.33 |
| 3.4. | Wells Fargo Bank | Checking | | $6,211.14 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $50,018.76
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

Debtor **CCCG, LLC**  
Name

Case number *(If known)* **16-12040-M**

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. **See attached** Unknown

9. **Total of Part 2.** $0.00
   Add lines 7 through 8. Copy the total to line 81.

Part 3: **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

Part 4: **Investments**

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.
   ■ Yes Fill in the information below.

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| 15.1. **Express Metal Fabricators, LLC** | 100% % | N/A | Unknown |
| 15.2. **Express Integrated Techologies, LLC** | 100 % | N/A | Unknown |
| 15.3. **ST2, LLC** | 100 % | N/A | Unknown |
| 15.4. **Express International Group, Inc.** | 100 % | N/A | Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.** $0.00
    Add lines 14 through 16. Copy the total to line 83.

Part 5: **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Official Form 206A/B         Schedule A/B Assets - Real and Personal Property         page 2

| Debtor | **CCCG, LLC** | Case number *(If known)* **16-12040-M** |
|---|---|---|
| | Name | |

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | See attached (a/k/a 9490 Highway 412 East, Locust Grove, Mayes County, State of Oklahoma) | Fee Simple | Unknown | | $1,000,000.00 |
| 55.2. | See attached (a/k/a Parcels One (1), Two (2) and Three (3), 4301 South Commerce Drive, Murray, Utah 84107 and Parcel Four (4), a/k/a 220 West 4500 South # Rear, Murray City, Utah 84107) | Fee Simple | Unknown | | $3,560,000.00 |

Debtor **CCCG, LLC**  
Name

Case number *(If known)* **16-12040-M**

| | | | | |
|---|---|---|---|---|
| 55.3. | See attached (a/k/a 32207 South Highway 69, Big Cabin, Craig County, State of Oklahoma) | Fee Simple | Unknown | $600,000.00 |

56. **Total of Part 9.**  $5,160,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Trademark - $1,366.014.12; and Patents - $38,451.60 | $0.00 | | $1,404,465.72 |
| 61. | **Internet domain names and websites** In-house technology | $0.00 | | $11,972,048.88 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** Customer relationships | $0.00 | | $21,975,996.24 |
| | Backlog (over amortized) (-$499,766.89 as of 09/302/2016) | $0.00 | | $0.00 |
| 64. | **Other intangibles, or intellectual property** Intangibles (Note:  The 9/30/16 financial statement reflects intangibles of $57,300.70 and other assets of $37,070.00 - but the other asset entry of $37,070.00 is backed out of the report). | $0.00 | | Unknown |
| 65. | **Goodwill** | | | |

Debtor **CCCG, LLC**  
       Name

Case number *(If known)* **16-12040-M**

66. **Total of Part 10.**      **$35,352,510.84**
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **CCCG, LLC**
Name

Case number *(If known)* **16-12040-M**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $50,018.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......>* | | $5,160,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $35,352,510.84 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $35,402,529.60 | + 91b. $5,160,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $40,562,529.60 |

## EXHIBIT A

### Legal Description

#### Tract B

The E ½ of NW¼ of NE¼ of NE¼ of Section 24, Township 20 North, Range 20 East of the I. B. & M, according to the U. S. Government Survey thereof, Mayes County, State of Oklahoma

#### Tract C

The Northeast Quarter of the Northeast Quarter of the Northeast Quarter of Section 24, Township 20 North, Range 20 East of the Indian Base and Meridian, Mayes County, Oklahoma,

#### Tract D

A tract of land located in the Southeast Quarter of the Northeast Quarter of the Northeast Quarter, and the South Half of the Northeast Quarter of Section 24, Township 20 North, Range 20 East of the Indian Base and Meridian, Mayes County, State of Oklahoma, more particularly described as follows, to-wit: Beginning at the Northeast corner of said SE¼ NE¼ NE¼; thence S 88° 20' 04" W and along the North line of said SE¼ NE¼ NE¼ a distance of 659.52 feet to the Northwest corner of said SE¼ NE¼ NE¼; thence S 01° 47' 23" E and along the West line of said SE¼ NE¼ NE¼ a distance of 660.76 feet to the Southwest corner of said SE¼ NE¼ NE¼; thence S 07° 41' 53" E a distance of 259.64 feet; thence N 80° 26' 41" E a distance of 473.06 feet; thence N 06° 46' 52" W a distance of 157.43 feet; thence N 84° 58' 26" E a distance of 124.02 feet to the Right-of-way line of the Cherokee Turnpike; thence N 01° 47' 37" E and along said Right-of-way a distance of 602.37 feet; thence N 87° 15' 04" E and along said Right-of-way a distance of 16.27 feet to a point on the East line of said SE¼ NE¼ NE¼; thence N 01° 47' 47" W and along said East line a distance of 88.38 feet to the Northeast corner of said SE¼ NE¼ NE¼ and the point of beginning.

LESS AND EXCEPT:

A tract of land located in the Southeast Quarter of the Northeast Quarter of the Northeast Quarter and in the Northeast Quarter of the Southeast Quarter of the Northeast Quarter of Section 24, Township 20 North, Range 20 East of the Indian Base and Meridian, Mayes County, State of Oklahoma more particularly described as follows to-wit: Commencing at the Northeast corner of said SE¼ NE¼ NE¼; Thence S 01° 47' 47" E and along the East line of said SE¼ NE¼ NE¼ a distance of 394.64 feet; Thence S 88° 20' 03" W a distance of 35.49 feet to the point of beginning; Thence S 01° 47' 37" W a distance of 295.84 feet; Thence S 84° 58' 26" W a distance of 124.02 feet; Thence S 06° 46' 52" E a distance of 157.43 feet; Thence S 80° 26' 41" W a distance of 136.46 feet; Thence N 05° 47' 46" E a distance of 387.80 feet; Thence N 64° 33' 20" E a distance of 232.13 feet to the point of beginning.

File No.151104-1ˢᵗ Amended
Page No. 2

## EXHIBIT "A" - LEGAL DESCRIPTION

**PARCEL 1:**

BEGINNING SOUTH 1565.05 FEET AND EAST 354.03 FEET FROM THE NORTH QUARTER CORNER OF SECTION 1, TOWNSHIP 2 SOUTH, RANGE 1 WEST, SALT LAKE BASE AND MERIDIAN; THENCE NORTH 73°57'44" EAST 188 FEET; THENCE NORTH 45°28' EAST 292.25 FEET; THENCE NORTH 23°41'07" EAST 173.2 FEET; THENCE NORTH 43°47' EAST 74.63 FEET; THENCE NORTH 32°28' EAST 58.06 FEET; THENCE NORTH 23°58' EAST 69.98 FEET TO THE RAILROAD; THENCE SOUTHEASTERLY ALONG SAID RAILROAD 760.69 FEET; THENCE WEST 676.5 FEET; THENCE NORTH 0°8'30" WEST 170.75 FEET TO THE BEGINNING.

**PARCEL 2:**

THAT PART OF THE NORTH 10.9 RODS OF THE EAST 22 RODS OF LOTS 3, BLOCK 10, 10 ACRE PLAT A, BIG FIELD SURVEY, LYING WEST OF THE RAILROAD RIGHT OF WAY.

**PARCEL 3:**

COMMENCING NORTH 89°39' EAST 402.8 FEET AND SOUTH 0°5' EAST 179.85 FEET FROM THE NORTHWEST CORNER OF LOT 3, BLOCK 10, 10 ACRE PLAT A, BIG FIELD SURVEY; THENCE SOUTH 0°5' EAST 364.6 FEET; THENCE NORTH 89°40' EAST 334.42 FEET TO THE WEST LINE OF A RAILROAD RIGHT OF WAY; THENCE NORTH 6°13'30" WEST ALONG SAID RIGHT OF WAY 387.5 FEET, MORE OR LESS; THENCE WEST 285.5 FEET, MORE OR LESS TO THE BEGINNING.

**PARCEL 4:**

COMMENCING 507 FEET EAST AND NORTH 0°9'10" WEST 157.8 FEET FROM THE SOUTHWEST CORNER OF LOT 2, BLOCK 10, 10 ACRE PLAT A, BIG FIELD SURVEY; THENCE NORTH 0°9'10" WEST 86.4 FEET; THENCE WEST 100 FEET; THENCE NORTH 186.91 FEET; THENCE WEST 5 FEET; THENCE NORTH 0°5' WEST 133.4 FEET; THENCE NORTH 89°40' EAST 334.42 FEET TO THE WEST LINE OF A RAILROAD RIGHT OF WAY; THENCE SOUTH 6°13'30" EAST 158.65 FEET; THENCE SOUTH 16.2 RODS; THENCE WEST 238.5 FEET TO THE BEGINNING.

LESS AND EXCEPTING THEREFROM THE FOLLOWING DESCRIBED LAND AS FOLLOWS:

BEGINNING AT A POINT WHICH IS 253.20 FEET NORTH FROM THE SOUTHWEST CORNER OF SAID LOT 2; AND RUNNING THENCE EAST 407.88 FEET; THENCE SOUTH 9.00 FEET; THENCE EAST 99.12 FEET; THENCE SOUTH 9.00 FEET; THENCE WEST 507.00 FEET; THENCE NORTH 18.00 FEET TO THE POINT OF BEGINNING.

AS DISCLOSED IN THAT CERTAIN FINAL ORDER OF CONDEMNATION RECORDED SEPTEMBER 02, 2004 AS ENTRY NO. 9163067 IN BOOK 9033 AT PAGE 4867 OF OFFICIAL RECORDS.

\* \* \*

## EXHIBIT A

### Legal Description

A tract, piece or parcel of land lying in the East Half (E/2) of the East Half (E/2) of the Northeast Quarter (NE/4) of Section Twenty-four (24) North, Township Twenty-four (24) North, Range Nineteen (19) East of Craig County, State of Oklahoma, and more particularly described as follows:

Beginning at a point 60.0 feet West and 666.5 feet South of the Northeast Corner of said Northeast Quarter (NE/4);

Thence South 89° 54' West 300.0 feet;

Thence due South 656.0 feet;

Thence North 89° 54' East 300 feet;

Thence due North 656.0 feet to the Point of Beginning.

AND,

A tract of land situated in the Northeast Quarter of the Northeast Quarter of Section Twenty-four (24), Township Twenty-four (24) North, Range Nineteen (19) East of Indian Meridian, in Craig County, Oklahoma, and more particularly - described as follows, to-wit:

Beginning at the point of intersection of the North line of said Northeast Quarter (NE/4) of the Northeast Quarter (NE/4) and the Southeasterly right-of-way of the Turnpike, said point being 605.23 feet West of the Northeast Corner of said Section 24;

Thence North 88° 08' 42" East for a distance of 128.23 feet and along said North line;

Thence South 01° 40' 46" East for a distance of 226.50 feet;

Thence North 88° 08' 42" East for a distance of 117.00 feet;

Thence South 01° 40' 46" East for a distance of 1095.60 feet to the Southwest Corner of Express Metal Fabricators' Original tract of land;

Thence South 88° 13' 14" West for a distance of 961.48 feet to a point on the West line of said Northeast Quarter (NE/4) of the Northeast Quarter (NE/4);

Thence North 01° 42' 12" West for a distance of 114.27 feet along said West line to a point of said Southeasterly right-of-way;

Thence along a curve to the left having a radius of 14474.10 feet and an arc length of 1096.29 feet, being subtended by a chord of North 29° 26' 53" East for a distance of 1096.03 feet and along said right-of-way;

Thence North 27° 16' 42" East for a distance of 309.20 feet and along said right-of-way to the Point of Beginning.

CCCG Amortization Schedule
95-000-14020 Prepaid Expenses
October 31, 2016

# 6. Deposits and Prepayments

| Vendor / Invoice info | Exp | Term | Beginning Bal | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|
| Paycom Payroll | Various | | | | | | | | |
| Sage Inv 2001215157 | | | 403.80 | | | | | | |
| Sage Business Care Silver | 95-830-68500 | 01/14/2015 - 01/13/2016 | | | | | | | |
| Sage Inv 2001393828 | | | 18,469.00 | | | | | | |
| Sage Business Care Silver | 95-830-68500 | 1/14/2016-1/13/2017 | | (1,539.08) | (1,539.08) | (1,539.08) | (1,539.08) | (1,539.08) | (1,539.08) |
| Anterra Technology, LLC, Inv R00556 | | | 416.69 | | | | | | |
| 1 Year Full Support w SW Updates and Unl. Email/Phone Supp. | 95-830-68500 | 6/1/2015-5/31/2016 | | | | | | | |
| ABMA (American Boiler Mfd Assoc) | | | 3,193.00 | | | | | | |
| Membership Dues | 95-800-64300 | 5/01/2015-4/30/2016 | | | | | | | |
| AMBA (American Boiler Mfd Assoc) | | | | | | | | | |
| Membership Dues | 95-800-64300 | 5/01/2016-4/30/2017 | | (687.50) | (687.50) | (687.50) | (687.50) | (687.50) | (687.50) |
| TABLEAU SOFTWARE INC | | | 8,190.47 | | | | | | |
| Server, Web Client Interactor License & Maintanence, Desktop Prof User License & Maint. | 95-830-68500 | 9/9/2015-9/8/2015 | | (983.25) | (983.25) | (324.47) | | | |
| GoToClinx.com - Go to Assist- Remote Support Annual Plan | | | 880.00 | | | | | | |
| | 95-830-68500 | 9/2/2015-9/2/2016 | | (110.00) | (110.00) | | | | |
| Microsoft (through AMEX Transaction in March) | | | | | | | | | |
| Office 365 Enterprise E3 | 95-830-68500 | 2/1/2016-1/31/2017 | | (2,369.26) | (2,369.26) | (2,369.26) | (2,369.26) | (2,369.26) | (2,369.26) |
| Living Expense Reclass (to be cleared through Payroll following month) | Adjustment | | | | | | | | |
| Microsoft (through AMEX Transaction in June) | | | | | | | | | |
| Only services - Visio Pro & Project Pro office 365 | 95-830-68500 | 6/12/2016-6/11/2017 | | (780.39) | (520.26) | (520.26) | (520.26) | (520.26) | (520.26) |
| Tarrango -(though AMEX Transaction in June) | | | | | 17,685.85 | | | | |
| Power-Gen Lodging - need to check whose attending and how it should be charged, may requ | 95-800-66500 | 12/12/2016-12/15/2016 | | (17,685.85) | | | | | (17,685.85) |
| Penn Well Inv 488166 | | | | | 15,000.00 | | | | |
| Power-Gen International 2016, Organe County Conv. Cent., Orlando,FL - banners (pmt 1 of | 95-800-66500 | 12/13/2016-12/15/2016 | | | | | | | (15,000.00) |
| Penn Well Inv 488777 | | | | | | | 15,000.00 | | |
| Power-Gen International 2016, Organe County Conv. Cent., Orlando,FL - banners (pmt 2 of | 95-800-66500 | 12/13/2016-12/15/2016 | | | | | | | (15,000.00) |

| Amortization Entry Totals | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 95-800-64300 | | | | (687.50) | (687.50) | (687.50) | (687.50) | (687.50) | (687.50) |
| 95-830-68500 | | | | (5,781.98) | (5,521.85) | (4,753.07) | (4,428.60) | (4,428.60) | (4,428.60) |
| 95-800-66500 | | | | (17,685.85) | 0.00 | 0.00 | 0.00 | 0.00 | (47,685.85) |
| 95-000-21130 | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Adjustment | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Expense For Month | | | | (24,155.33) | (6,209.35) | (5,440.57) | (5,116.10) | (5,116.10) | (52,801.85) |
| Amortization Entry Total | | | | (24,155.33) | (6,209.35) | (5,440.57) | (5,116.10) | (5,116.10) | (52,801.95) |
| Activity for the month | | | 31,552.96 | (24,155.33) | 26,476.50 | 9,559.43 | (5,116.10) | (5,116.10) | (52,801.95) |
| Worksheet Balance | | | | 35,748.49 | 62,224.99 | 71,784.42 | 66,668.32 | 61,552.22 | 8,750.27 |
| GL Balance | | | | 35,748.50 | 62,225.00 | 71,784.43 | 71,784.43 | 61,552.22 | 8,750.27 |
| Variance | | | | (0.01) | (0.01) | (0.01) | (5,116.11) | | |

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **CCCG, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | 16-12040-M |

■ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **BNP Paribas**<br>Creditor's Name<br>**Attn: Matthew Wyatt**<br>**100 Crescent Court**<br>**Dallas, TX 75251**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**unknown**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2nd lien on all personal property (except vehicles and trailers) and mortage on Oklahoma and Utah properties**<br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☐ No<br>■ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $12,782,811.70 | Unknown |
| **2.2** **BNP Paribas VPG Express, LLC**<br>Creditor's Name<br>**Attn: James Farris**<br>**787 7th Avenue**<br>**New York, NY 10019-6018**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**3/16**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**2nd lien on all personal property except vehicles and trailers**<br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☐ No<br>■ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $11,000,000.00 | Unknown |

Official Form 206D   Schedule D: Creditors Who Have Claims Secured by Property   page 1 of 2

| Debtor | **CCCG, LLC** | | Case number (if know) | **16-12040-M** |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.3 | **Fifth Street Finance Corp.** | Describe debtor's property that is subject to a lien | $3,000,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **1st lien on personal property except vehicles and trailers** | | |
| | **777 W. Putnam Ave., 3rd Floor** | | | |
| | **Greenwich, CT 06830** | | | |
| | Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?
- ☐ No
- ■ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/16**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $26,782,811.70 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Andrew R. Turner, Esquire**<br>**Conner & Winters, LLP**<br>**4000 One Williams Center**<br>**Tulsa, OK 74172** | Line **2.2** | |
| **Andrew R. Turner, Esquire**<br>**Conner & Winters, LLP**<br>**4000 One Williams Center**<br>**Tulsa, OK 74172** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name: **CCCG, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF OKLAHOMA**

Case number (if known): **16-12040-M**

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Salt Lake County Treasurer**<br>**P.O. Box 410418**<br>**Salt Lake City, UT 84141-0418** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,978.65 | $24,978.65 |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**American Express Corp Cards**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $67,500.00 |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Business expenses** | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Colonial Life**<br>**Premium Processing**<br>**P.O. Box 903**<br>**Columbia, SC 29202-0903** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,039.64 |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Business expenses** | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **CCCG, LLC**　　　　　　　　　　　　　　　　　　　　Case number (if known) **16-12040-M**
　　　　Name

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Communique Conferencing**<br>P.O. Box 409573<br>Atlanta, GA 30384-1866<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business expenses**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$707.16** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**CT Corporation**<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business expenses**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$380.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Eide Bailly, LLP**<br>2424 East 21st Street<br>Suite 200<br>Tulsa, OK 74114-1736<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business expenses**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$69,475.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**GTT Communications, Inc.**<br>P.O. Box 842630<br>Dallas, TX 75284-2630<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business expenses**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,148.43** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Jennifer Logan**<br>9412 East 40th Street<br>Tulsa, OK 74145-3716<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Severance agreement**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$34,615.22** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Manta Resources, Inc.**<br>15229 Herriman Boulevard<br>Noblesville, IN 46060-4230<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business expenses**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$60,000.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Mariner Retirement Advisors, LLC**<br>4200 West 115th Street<br>Suite 100<br>Leawood, KS 66211-2729<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business expenses**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,000.00** |

Debtor  **CCCG, LLC**  Case number (if known)  **16-12040-M**
        Name

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**MT Law**<br>**970 Beaver Dam Road**<br>**Stratford, CT 06614-1138**<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business expenses**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $8,634.00 |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Rebecca Tomlinson**<br>**9307 North 95th East Avenue**<br>**Owasso, OK 74055**<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Severance agreement**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $112,500.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Regus Management Group, LLC**<br>**P.O. Box 842456**<br>**Dallas, TX 75284**<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business expenses**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,180.63 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Schiff Hardin, LLP**<br>**300 Crescent Drive**<br>**Suite 400**<br>**Dallas, TX 75201**<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business expenses**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $92,363.36 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Tortola Advisors, LLC**<br>**500 Church Street**<br>**Suite 600**<br>**Nashville, TN 37219-2358**<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business expenses**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $50,000.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Troutman Sanders, LLP**<br>**P.O. Box 933652**<br>**Atlanta, GA 31193-3652**<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business expenses**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,150.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**William Campbell**<br>**5911 East 110th Street, South**<br>**Tulsa, OK 74137-7229**<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Severance agreement**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $204,851.46 |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   **CCCG, LLC**
          Name

Case number (if known)   **16-12040-M**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 24,978.65 |
| **5b. Total claims from Part 2** | 5b. + $ | 717,544.90 |
| **5c. Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c.  $ | 742,523.55 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CCCG, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | 16-12040-M |

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **CCCG, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known): 16-12040-M

■ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors   12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

  1. **Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

  2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |