Form 1
Individual Estate Property Record and Report
Asset Cases

Page: 1

**Case Number:** 16-12040-M
**Case Name:** CCCG, LLC
**Period Ending:** 09/30/19

**Trustee:** (560010) SCOTT P. KIRTLEY
**Filed (f) or Converted (c):** 11/09/16 (f)
**§341(a) Meeting Date:** 12/05/16
**Claims Bar Date:** 07/03/17

| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo accounts balances | 50,018.76 | 50,018.76 | | 50,018.76 | FA |
| 2 | 9490 Highway 412East, Locus Grove Sale Order entered 4/9/18. | 1,000,000.00 | 240,000.00 | | 240,000.00 | FA |
| 3 | Parcels One (1), Two (2), Murray, Utah Sale/Lease Order entered 12/19/17. | 3,560,000.00 | 2,576,944.81 | | 2,450,000.00 | 126,944.81 |
| 4 | 32207 South Highway 69, Big Cabin Sale Order entered 4/9/18. | 600,000.00 | 290,000.00 | | 290,000.00 | FA |
| 5 | 2007 Ford Expedition (u) Order authorizing sale entered 7/24/17. | 4,629.00 | 2,000.00 | | 2,000.00 | FA |
| 6 | Express Metal Fabricators, LLC, 100% ownership, | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Express Integrated Techologies, LLC, 100% owners | 0.00 | 0.00 | | 0.00 | FA |
| 8 | ST2, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Express International Group, Inc, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Intangibles (Note: 9/30/16 financial statement) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Reagan outdoor sign lease payment (u) lease was transferred with sale that closed on 12/28/17. | 1,756.17 | 1,756.17 | | 1,756.17 | FA |
| 12 | American Express Travel refund (u) | 51.39 | 51.39 | | 51.39 | FA |
| 13 | Post petition utility refunds | 7,219.03 | 7,219.03 | | 7,219.03 | FA |
| 14 | 4th quarter 2016 tax refunds (u) | 33,559.51 | 33,559.51 | | 33,559.51 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-12040-M  
**Case Name:** CCCG, LLC  
**Period Ending:** 09/30/19

**Trustee:** (560010)   SCOTT P. KIRTLEY  
**Filed (f) or Converted (c):** 11/09/16 (f)  
**§341(a) Meeting Date:** 12/05/16  
**Claims Bar Date:** 07/03/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | INTEREST (u) | Unknown | N/A | | 1,972.29 | Unknown |
| | **Totals** (Excluding unknown values) | **$5,257,233.86** | **$3,201,549.67** | | **$3,076,577.15** | **$126,944.81** |

**Major Activities Affecting Case Closing:**

Received insurance check re: Asset #3 10/18/19.

Objection to Claim No. 2-Travelers pending (filed 10/11/19).

Trustee's Interim Distribution and Allowance of Fees & Expenses pending (both filed 10/11/19).

Sale Orders regarding Big Cabin and Locust Grover properties both entered 4/9/18.

Finalyze insurance claims for copper theft and fire in Murray, Utah.

Form 1 updated 10/18/19.

**Initial Projected Date Of Final Report (TFR):** May 31, 2018        **Current Projected Date Of Final Report (TFR):** December 31, 2019

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 16-12040-M | Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|---|---|
| Case Name: | CCCG, LLC | Bank Name: | Mechanics Bank |
| | | Account: | ******2666 - Checking Account |
| Taxpayer ID #: | **-***1153 | Blanket Bond: | N/A |
| Period Ending: | 09/30/19 | Separate Bond: | $2,500,000.00 |

| 1 | 2 | | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/13/16 | {1} | | Wells Fargo | Business account proceeds | 1290-000 | 28,059.33 | | 28,059.33 |
| 12/13/16 | {1} | | Wells Fargo | Business account proceeds | 1290-000 | 9,866.96 | | 37,926.29 |
| 12/13/16 | {1} | | Wells Fargo | Business account proceeds | 1290-000 | 5,881.33 | | 43,807.62 |
| 12/30/16 | | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.51 | 43,774.11 |
| 01/03/17 | {1} | | Wells Fargo | Business account proceeds | 1290-000 | 6,211.14 | | 49,985.25 |
| 01/03/17 | 1 | | FGC, LLC | Consulting services-assistance in compiling information for bankrultpcy schedules | 3731-000 | | 250.00 | 49,735.25 |
| 01/10/17 | {11} | | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 49,870.34 |
| 01/31/17 | | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.16 | 49,795.18 |
| 02/09/17 | 2 | | FGC, LLC | Consulting services-assistance in compiling information for bankrutpcy schedules | 3731-000 | | 1,000.00 | 48,795.18 |
| 02/15/17 | {11} | | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 48,930.27 |
| 02/28/17 | | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.06 | 48,864.21 |
| 03/06/17 | {11} | | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 48,999.30 |
| 03/15/17 | 3 | | IPFS Corporation | Adequate protection payment per Order entered 3/14/17 | 2990-000 | | 34,977.23 | 14,022.07 |
| 03/24/17 | {12} | | American Express Travel | Refund | 1290-000 | 37.50 | | 14,059.57 |
| 03/30/17 | | | To Account #******2667 | Transfer of funds to Segregated Secured Funds account | 9999-000 | | 13,356.59 | 702.98 |
| 04/19/17 | {12} | | American Express | Refund | 1290-000 | 13.89 | | 716.87 |
| 04/19/17 | {11} | | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 851.96 |
| 04/19/17 | | | To Account #******2667 | Transfer to segregated secured funds account | 9999-000 | | 141.53 | 710.43 |
| 04/25/17 | | | From Account #******2667 | Transfer $1,855.00 from MMA to DDA | 9999-000 | 1,855.00 | | 2,565.43 |
| 04/25/17 | 4 | | Lockton | General liability insurance | 2420-000 | | 1,855.00 | 710.43 |
| 04/28/17 | | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 700.43 |

| | Subtotals : | $52,465.51 | $51,765.08 | |
|---|---|---|---|---|

Form 2
Cash Receipts And Disbursements Record

| Case Number: | 16-12040-M | Trustee: | SCOTT P. KIRTLEY (560010) |
| Case Name: | CCCG, LLC | Bank Name: | Mechanics Bank |
| | | Account: | ******2666 - Checking Account |
| Taxpayer ID #: | **-***1153 | Blanket Bond: | N/A |
| Period Ending: | 09/30/19 | Separate Bond: | $2,500,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/05/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 835.52 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 825.52 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 815.52 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 805.52 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 795.52 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 785.52 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 775.52 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 765.52 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 755.52 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 745.52 |
| 02/19/18 | | From Account #******2667 | Transfer $17,748.00 from MMA to DDA | 9999-000 | 17,748.00 | | 18,493.52 |
| 02/20/18 | 5 | Parker Security Agency, LLC | 2/6/18 thru 2/12/18 security per Order 2/13/18 (Locust Grove-invoice 0007-18) | 2420-000 | | 2,856.00 | 15,637.52 |
| 02/20/18 | 6 | Parker Security Agency, LLC | 2/6/18 thru 2/12/18 security per Order 2/13/18 (Big Cabin-invoice 0007-18BC) | 2420-000 | | 2,856.00 | 12,781.52 |
| 02/20/18 | 7 | Parker Security Agency, LLC | 2/6/18 thru 2/12/18 security per Order 2/13/18 (Locust Grove-invoice 0008-18) | 2420-000 | | 3,060.00 | 9,721.52 |
| 02/20/18 | 8 | Parker Security Agency, LLC | 2/6/18 thru 2/12/18 security per Order 2/13/18 (Big Cabin-invoice 0008-18BC) | 2420-000 | | 3,060.00 | 6,661.52 |
| 02/26/18 | 9 | Parker Security Agency, LLC | 2/20/18 thru 2/26/18 security per Order 2/13/18 (Big Cabin-invoice 0009-18BC) | 2420-000 | | 2,856.00 | 3,805.52 |
| 02/26/18 | 10 | Parker Security Agency, LLC | 2/6/18 thru 2/12/18 security per Order 2/13/18 (Locust Grove-invoice 0009-18) | 2420-000 | | 2,856.00 | 949.52 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 939.52 |
| 03/06/18 | | From Account #*******2667 | Transfer $22,848.00 from MMA to Checking | 9999-000 | 22,848.00 | | 23,787.52 |

| | | | | Subtotals : | $40,731.09 | $17,644.00 | |

{} Asset reference(s)

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 16-12040-M | Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|---|---|
| Case Name: | CCCG, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1153 | Account: | ******2666 - Checking Account |
| Period Ending: | 09/30/19 | Blanket Bond: | N/A |
| | | Separate Bond: | $2,500,000.00 |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Acct | | | | |
| 03/06/18 | 11 | Parker Security Agency, LLC | 2/27/18 thru 3/5/18 security per Order 2/13/18 (Locust Grove-invoice 0010-18) | 2420-000 | | 2,856.00 | 20,931.52 |
| 03/06/18 | 12 | Parker Security Agency, LLC | 2/27/18 thru 3/5/18 security per Order 2/13/18 (Big Cabin-invoice 0010-18BC) | 2420-000 | | 2,856.00 | 18,075.52 |
| 03/15/18 | 13 | Parker Security Agency, LLC | 2/27/18 thru 3/5/18 security per Order 2/13/18 (Locust Grove-invoice 0011-18) | 2420-000 | | 2,856.00 | 15,219.52 |
| 03/15/18 | 14 | Parker Security Agency, LLC | 2/27/18 thru 3/5/18 security per Order 2/13/18 (Big Cabin-invoice 0011-18BC) | 2420-000 | | 2,856.00 | 12,363.52 |
| 03/20/18 | 15 | Parker Security Agency, LLC | 2/27/18 thru 3/5/18 security per Order 2/13/18 (Locust Grove-invoice 0012-18 | 2420-000 | | 2,856.00 | 9,507.52 |
| 03/20/18 | 16 | Parker Security Agency, LLC | 2/27/18 thru 3/5/18 security per Order 2/13/18 (Big Cabin - Invoice 0012-18BC | 2420-000 | | 2,856.00 | 6,651.52 |
| 03/26/18 | 17 | Parker Security Agency, LLC | 3/20/18 thru 3/26/18 security per Order 2/13/18 (Locust Grove-invoice 0013-18) | 2420-000 | | 2,856.00 | 3,795.52 |
| 03/26/18 | 18 | Parker Security Agency, LLC | 3/20/18 thru 3/26/18 security per Order 2/13/18 (Big Cabin-invoice 0013-18BC) | 2420-000 | | 2,856.00 | 939.52 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.50 | 922.02 |
| 04/02/18 | | From Account #******2667 | Transfer $22,848.00 from MMA to Checking Acct. | 9999-000 | 22,848.00 | | 23,770.02 |
| 04/02/18 | 19 | Parker Security Agency, LLC | 3/27/18 thru 4/2/18 security per Order 2/13/18 (Locust Grove-invoice 0014-18) | 2420-000 | | 2,856.00 | 20,914.02 |
| 04/02/18 | 20 | Parker Security Agency, LLC | 3/2718 thru 4/2/18 security per Order 2/13/18 (Big Cabin-invoice 0014-18BC) | 2420-000 | | 2,856.00 | 18,058.02 |
| 04/11/18 | 21 | Parker Security Agency, LLC | 4/3/18 thru 4/9/18 security per Order 2/13/18 (Locust Grove-invoice #0015-18) | 2420-000 | | 2,856.00 | 15,202.02 |

| | | | | Subtotals : | $22,848.00 | $31,433.50 | |

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 16-12040-M | Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|---|---|
| Case Name: | CCCG, LLC | Bank Name: | Mechanics Bank |
| | | Account: | ******2666 - Checking Account |
| Taxpayer ID #: | **-***1153 | Blanket Bond: | N/A |
| Period Ending: | 09/30/19 | Separate Bond: | $2,500,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/11/18 | 22 | Parker Security Agency, LLC | 4/3/18 thru 4/9/18 security per Order 2/13/18 (Big Cabin-invoice 0015-18BC) | 2420-000 | | 2,856.00 | 12,346.02 |
| 04/16/18 | 23 | Parker Security Agency, LLC | 4/10/18 thru 4/16/18 security per Order 2/13/18 (Locust Grove-invoice 0016-18) | 2420-000 | | 2,856.00 | 9,490.02 |
| 04/16/18 | 24 | Parker Security Agency, LLC | 4/10/18 thru 4/16/18 security per Order 2/13/18 (Big Cabin-invoice 0016-18BC) | 2420-000 | | 2,856.00 | 6,634.02 |
| 04/25/18 | 25 | Parker Security Agency, LLC | 4/17/18 thru 4/19/18 security per Order 2/13/18 (Locust Grove-invoice 0017-18) | 2420-000 | | 1,224.00 | 5,410.02 |
| 04/25/18 | 26 | Parker Security Agency, LLC | 4/17/18 thru 4/19/18 security per Order 2/13/18 (Big Cabin-invoice 0017-18BC) | 2420-000 | | 1,224.00 | 4,186.02 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.77 | 4,169.25 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,159.25 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,149.25 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,139.25 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,129.25 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,124.25 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,119.25 |

Subtotals : $0.00 $11,082.77

{} Asset reference(s)

Printed: 11/25/2019 09:02 AM   V. 14.60

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-12040-M | **Trustee:** SCOTT P. KIRTLEY (560010) |
| **Case Name:** CCCG, LLC | **Bank Name:** Mechanics Bank |
| | **Account:** ******2666 - Checking Account |
| **Taxpayer ID #:** **-***1153 | **Blanket Bond:** N/A |
| **Period Ending:** 09/30/19 | **Separate Bond:** $2,500,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 116,044.60 | 111,925.35 | $4,119.25 |
| | | | Less: Bank Transfers | | 65,299.00 | 13,498.12 | |
| | | | **Subtotal** | | 50,745.60 | 98,427.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,745.60** | **$98,427.23** | |

Form 2
Cash Receipts And Disbursements Record

| Case Number: | 16-12040-M | Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|---|---|
| Case Name: | CCCG, LLC | Bank Name: | Mechanics Bank |
| | | Account: | ******2667 - Segregated Secured Funds |
| Taxpayer ID #: | **-***1153 | Blanket Bond: | N/A |
| Period Ending: | 09/30/19 | Separate Bond: | $2,500,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/30/17 | | From Account #*******2666 | Transfer of funds to Segregated Secured Funds account | 9999-000 | 13,356.59 | | 13,356.59 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.69 | 13,298.90 |
| 04/12/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -57.69 | 13,356.59 |
| 04/19/17 | | From Account #*******2666 | Transfer to segregated secured funds account | 9999-000 | 141.53 | | 13,498.12 |
| 04/25/17 | | To Account #*******2666 | Transfer $1,855.00 from MMA to DDA | 9999-000 | | 1,855.00 | 11,643.12 |
| 04/28/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 11,643.45 |
| 05/31/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 11,643.95 |
| 06/12/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 11,779.04 |
| 06/12/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 11,914.13 |
| 06/30/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,914.61 |
| 07/05/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 12,049.70 |
| 07/26/17 | {5} | Brian Thompson | Sale of 2007 Ford Expedition per Order 7/24/17. | 1229-000 | 2,000.00 | | 14,049.70 |
| 07/31/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 14,050.23 |
| 08/08/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 14,185.32 |
| 08/31/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,185.92 |
| 09/05/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 14,321.01 |
| 09/29/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 14,321.59 |
| 10/05/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 14,456.68 |
| 10/31/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 14,457.30 |
| 11/08/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 14,592.39 |
| 11/30/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,592.98 |
| 12/07/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 14,728.07 |

Subtotals : $16,583.07 $1,855.00

{} Asset reference(s)

Page: 7

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 16-12040-M | Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|---|---|
| Case Name: | CCCG, LLC | Bank Name: | Mechanics Bank |
| | | Account: | ******2667 - Segregated Secured Funds |
| Taxpayer ID #: | **-***1153 | Blanket Bond: | N/A |
| Period Ending: | 09/30/19 | Separate Bond: | $2,500,000.00 |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/17 | {3} | Wagstaff Crane Services | Payment on sale/lease of Murray, Utah property per Order entered 12/19/17. | 1110-000 | 500,000.00 | | 514,728.07 |
| 12/29/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 7.48 | | 514,735.55 |
| 01/03/18 | | First American Title Insurance Comp (on behalf of Wagstaff C | Sale ot Murray Utah property per Sale/Lease Order entered 12/19/17 (less $30,000 held for title work) | | 1,659,140.67 | | 2,173,876.22 |
| | {3} | | Gross sale proceeds per Sale Order 4/9/18 (less $30,000 held for title work) | 1110-000 | 1,870,000.00 | | 2,173,876.22 |
| | | | Realtor comission per Order 12/19/17 | 3510-000 | -96,000.00 | | 2,173,876.22 |
| | | | Escrow fee per Order 12/19/17 | 2500-000 | -500.00 | | 2,173,876.22 |
| | | | Wire transfer service per Order 12/19/17 | 2500-000 | -15.00 | | 2,173,876.22 |
| | | | Wire transfer service per Order 12/19/17 | 2500-000 | -15.00 | | 2,173,876.22 |
| | | | PolicyStandard ALTA per Order 12/19/17 | 2500-000 | -4,859.00 | | 2,173,876.22 |
| | | | 2016 & 2017 Salt Lake Cnty taxes per Order 12/19/17 | 5800-000 | -42,144.70 | | 2,173,876.22 |
| | | | 2016&2017 Salt Lake Cnty taxes per Order 12/19/17 | 5800-000 | -4,751.42 | | 2,173,876.22 |

Subtotals : $2,159,148.15   $0.00

# Form 2
# Cash Receipts And Disbursements Record

| Case Number: | 16-12040-M | | Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|---|---|---|
| Case Name: | CCCG, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******2667 - Segregated Secured Funds |
| Taxpayer ID #: | **-***1153 | | Blanket Bond: | N/A |
| Period Ending: | 09/30/19 | | Separate Bond: | $2,500,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | 2016&2017 Salt Lake Cnty taxes per Order 12/19/17 | -63,199.47 5800-000 | | | 2,173,876.22 |
| | | | Credit for buyer's cnty taxes portion 12/28/17 to 12/31/17 per Order 12/19/17 | 212.33 5800-000 | | | 2,173,876.22 |
| | | | Credit for buyer'd cnty taxes portion 12/28/17 to 12/31/17 per Order 12/19/17 | 24.60 5800-000 | | | 2,173,876.22 |
| | | | Credit for buyer'd cnty taxes portion 12/28/17 to 12/31/17 per Order 12/19/17 | 388.33 5800-000 | | | 2,173,876.22 |
| 01/09/18 | {3} | Admiral Insurance Company | Insurance proceeds on Utah property/theif of copper wire | 1110-000 | 50,000.00 | | 2,223,876.22 |
| 01/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 89.21 | | 2,223,965.43 |
| 02/19/18 | | To Account #******2666 | Transfer $17,748.00 from MMA to DDA | 9999-000 | | 17,748.00 | 2,206,217.43 |
| 02/19/18 | 1 | Scott P. Kirtley, Trustee | Reimbursement of expenses per Order 2/13/18 (Public Service Company) | 2200-000 | | 21,284.78 | 2,184,932.65 |
| 02/19/18 | 2 | Riggs, Abney, Neal, Turpen, Orbison & Lewis | Reimburse of expenses per Order 2/13/18 Per Order 2/13/18 (CBI Security) | 2200-000 | | 235,645.50 97,637.50 | 1,949,287.15 1,949,287.15 |
| | | | Per Order 2/13/18 | 133,008.00 2200-000 | | | 1,949,287.15 |

Subtotals : $50,089.21   $274,678.28

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 16-12040-M | | Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|---|---|---|
| Case Name: | CCCG, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******2667 - Segregated Secured Funds |
| Taxpayer ID #: | **-***1153 | | Blanket Bond: | N/A |
| Period Ending: | 09/30/19 | | Separate Bond: | $2,500,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | (Parker Security) | | | | |
| 02/28/18 | Int | Rabobank, N.A. | Per Order 2/13/18 (Bond Premium)  5,000.00 | 2200-000 | | | 1,949,287.15 |
| | | | Interest posting at 0.0500% | 1270-000 | 82.30 | | 1,949,369.45 |
| 03/06/18 | | To Account #******2666 | Transfer $22,848.00 from MMA to Checking Acct | 9999-000 | | 22,848.00 | 1,926,521.45 |
| 03/26/18 | {3} | First American Title Insurance Comp | Remaining gross sale proceeds Murray Utah property per Sale/Lease Order entered 12/19/17 after title requirement satisfied | 1110-000 | 30,000.00 | | 1,956,521.45 |
| 03/30/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 82.21 | | 1,956,603.66 |
| 04/02/18 | | To Account #******2666 | Transfer $22,848.00 from MMA to Checking Acct. | 9999-000 | | 22,848.00 | 1,933,755.66 |
| 04/18/18 | | Mustang Title | Sale proceeds to Locust Grove real property per Order 4/9/18 | | 109,219.75 | | 2,042,975.41 |
| | | | Sale proceeds to Locust Grove real property per Order 4/9/18  240,000.00 | 1110-000 | | | 2,042,975.41 |
| | | | Ad Valorem per Order 4/9/18  -4,875.09 | 5800-000 | | | 2,042,975.41 |
| | | | Pro One Realty commission per Order 4/9/18  -9,600.00 | 3510-000 | | | 2,042,975.41 |
| | {2} | | Myron Bowling Auctioneers commission per Order 4/9/18  -7,200.00 | 3510-000 | | | 2,042,975.41 |
| | | | Final abstract/search per  -250.00 | 2500-000 | | | 2,042,975.41 |

Subtotals : $139,384.26  $45,696.00

# Form 2
# Cash Receipts And Disbursements Record

**Case Number:** 16-12040-M  
**Case Name:** CCCG, LLC  
**Taxpayer ID #:** \*\*-\*\*\*1153  
**Period Ending:** 09/30/19  

**Trustee:** SCOTT P. KIRTLEY (560010)  
**Bank Name:** Mechanics Bank  
**Account:** \*\*\*\*\*\*2667 - Segregated Secured Funds  
**Blanket Bond:** N/A  
**Separate Bond:** $2,500,000.00  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Order 4/9/18 | | | | |
| | | | Gap search per Order 4/9/18 | 2500-000 | | -125.00 | 2,042,975.41 |
| | | | UCC search per Order 4/9/18 | 2500-000 | | -125.00 | 2,042,975.41 |
| | | | Doc stamps per Order 4/9/18 | 2500-000 | | -360.00 | 2,042,975.41 |
| | | | Abstract/title search per Order 4/9/18 | 2500-000 | | -1,750.00 | 2,042,975.41 |
| | | | Recording fee per Order 4/9/18 | 2500-000 | | -35.00 | 2,042,975.41 |
| | | | Recording fee per Order 4/9/18 | 2500-000 | | -33.00 | 2,042,975.41 |
| | | | Survey per Order 4/9/18 | 2500-000 | | -5,500.00 | 2,042,975.41 |
| | | | Escrow fee closing fee per Order 4/9/18 | 2500-000 | | -750.00 | 2,042,975.41 |
| | | | Delivery fee per Order 4/9/18 | 2500-000 | | -50.00 | 2,042,975.41 |
| | | | 2016 Mayes Cnty ad valorem per Order 4/9/18 | 5800-000 | | -19,203.16 | 2,042,975.41 |
| | | | 2017 Mayes Cnty ad valorem per Order 4/9/18 | 5800-000 | | -17,627.80 | 2,042,975.41 |
| | | | 2016 Mayes Cnty business tax per Order 4/9/18 | 5800-000 | | -25,194.40 | 2,042,975.41 |
| | | | 2017 Mayes Cnty | 5800-000 | | -26,017.70 | 2,042,975.41 |

Subtotals : $0.00   $0.00

# Form 2
## Cash Receipts And Disbursements Record

Page: 11

| Case Number: | 16-12040-M | | | Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|---|---|---|---|
| Case Name: | CCCG, LLC | | | Bank Name: | Mechanics Bank |
| | | | | Account: | ******2667 - Segregated Secured Funds |
| Taxpayer ID #: | **-***1153 | | | Blanket Bond: | N/A |
| Period Ending: | 09/30/19 | | | Separate Bond: | $2,500,000.00 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/18 | {4} | Mustang Title | business tax per Order 4/9/18 | | | | |
| | | | 2016 Mayes Cnty personal tax per Order 4/9/18 | 5800-000 | -6,448.08 | | 2,042,975.41 |
| | | | 2017 Mayes Cnty personal tax per Order 4/9/18 | 5800-000 | -5,636.02 | | 2,042,975.41 |
| | | | Sale proceeds to Big Cabin real property per Order 4/9/18 | | 216,620.34 | | |
| | | | Sale proceeds to Big Cabin real property per Order 4/9/18 | 1110-000 | 290,000.00 | | 2,259,595.75 |
| | | | Ad valorem tax per Order 4/9/18 | 5800-000 | -3,473.54 | | 2,259,595.75 |
| | | | Billboard rent per Order 4/9/18 | 2500-000 | -1,093.16 | | 2,259,595.75 |
| | | | Pro One Realty commission per Order 4/9/18 | 3510-000 | -11,600.00 | | 2,259,595.75 |
| | | | Myron Bowling Auctioneers realtor commission per Order 4/9/18 | 3510-000 | -8,700.00 | | 2,259,595.75 |
| | | | Final abstract/search per Order 4/9/18 | 2500-000 | -250.00 | | 2,259,595.75 |

Subtotals : $216,620.34 $0.00

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-12040-M |
| **Case Name:** | CCCG, LLC |
| **Taxpayer ID #:** | **-***1153 |
| **Period Ending:** | 09/30/19 |

| | |
|---|---|
| **Trustee:** | SCOTT P. KIRTLEY (560010) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******2667 - Segregated Secured Funds |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | $2,500,000.00 |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Gap search per Order 4/9/18 | 2500-000 | -125.00 | | 2,259,595.75 |
| | | | UCC Search per Order 4/9/18 | 2500-000 | -125.00 | | 2,259,595.75 |
| | | | Filing fee for obtaining docs per Order 4/9/18 | 2500-000 | -38.00 | | 2,259,595.75 |
| | | | Abstract/title search per Order 4/9/18 | 2500-000 | -450.00 | | 2,259,595.75 |
| | | | Doc stamps per Order 4/9/18 | 2500-000 | -435.00 | | 2,259,595.75 |
| | | | Recording fees per Order 4/9/18 | 2500-000 | -33.00 | | 2,259,595.75 |
| | | | Recording fees per Order 4/9/18 | 2500-000 | -35.00 | | 2,259,595.75 |
| | | | Survey per Order 4/9/18 | 2500-000 | -4,500.00 | | 2,259,595.75 |
| | | | Escrow fee closing fee per Order 4/9/18 | 2500-000 | -750.00 | | 2,259,595.75 |
| | | | Delivery fee per Order 4/9/18 | 2500-000 | -50.00 | | 2,259,595.75 |
| | | | 2016 Property Tax (Ad Valorem) per Order 4/9/18 | 5800-000 | -14,955.68 | | 2,259,595.75 |
| | | | 2017 Property Tax (Ad Valorem) per Order 4/9/18 | 5800-000 | -12,559.94 | | 2,259,595.75 |
| | | | 2016 Property Tax | 5800-000 | -7,598.80 | | 2,259,595.75 |

**Subtotals :**  $0.00  $0.00

Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 16-12040-M |
|---|---|
| Case Name: | CCCG, LLC |
| Taxpayer ID #: | **-***1153 |
| Period Ending: | 09/30/19 |

| Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|
| Bank Name: | Mechanics Bank |
| Account: | ******2667 - Segregated Secured Funds |
| Blanket Bond: | N/A |
| Separate Bond: | $2,500,000.00 |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | (Business Personal) per Order 4/9/18 | | | | | |
| | | | 2017 Property Tax (Business Personal) per Order 4/9/18 | -6,607.54 | 5800-000 | | | 2,259,595.75 |
| 04/30/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 85.31 | | 2,259,681.06 |
| 05/29/18 | {13} | Wirecard | Utility refund (American Electric Power) | | 1129-000 | 807.16 | | 2,260,488.22 |
| 05/29/18 | {13} | Wirecard | Utility refund (American Electric Power) | | 1129-000 | 768.17 | | 2,261,256.39 |
| 05/29/18 | {13} | Wirecard | Utility refund (American Electric Power) | | 1129-000 | 5,602.90 | | 2,266,859.29 |
| 05/29/18 | {13} | Wirecard | Utility refund (American Electric Power) | | 1129-000 | 40.80 | | 2,266,900.09 |
| 05/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 95.97 | | 2,266,996.06 |
| 06/29/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 93.17 | | 2,267,089.23 |
| 07/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 96.27 | | 2,267,185.50 |
| 08/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 96.28 | | 2,267,281.78 |
| 09/28/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 93.18 | | 2,267,374.96 |
| 10/18/18 | {14} | Paycom Payroll, LLC | 4th quarter 2016 tax refund | | 1224-000 | 33,559.51 | | 2,300,934.47 |
| 10/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 96.75 | | 2,301,031.22 |
| 11/30/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 94.57 | | 2,301,125.79 |
| 12/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 97.72 | | 2,301,223.51 |
| 01/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 97.72 | | 2,301,321.23 |
| 02/28/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 88.28 | | 2,301,409.51 |
| 03/29/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 97.73 | | 2,301,507.24 |
| 04/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 94.58 | | 2,301,601.82 |
| 05/08/19 | 3 | Scott P. Kirtley, Trustee | Trustee's expenses per Order 8/29/17 | | 2200-000 | | 15,706.97 | 2,285,894.85 |
| | | | Trustee's expenses | | | 15,106.97 | | 2,285,894.85 |

| Subtotals : | $42,006.07 | $15,706.97 |
|---|---|---|

{} Asset reference(s)

# Form 2
# Cash Receipts And Disbursements Record

| Case Number: | 16-12040-M | Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|---|---|
| Case Name: | CCCG, LLC | Bank Name: | Mechanics Bank |
| | | Account: | \*\*\*\*\*\*2667 - Segregated Secured Funds |
| Taxpayer ID #: | \*\*-\*\*\*1153 | Blanket Bond: | N/A |
| Period Ending: | 09/30/19 | Separate Bond: | $2,500,000.00 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | (Murray City Corp.) per Order 8/29/17 | | | | |
| | | | Trustee's expenses (CBI Security) per Order 8/29/17 | 2200-000 | 600.00 | | 2,285,894.85 |
| 05/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 97.25 | | 2,285,992.10 |
| 06/28/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 93.95 | | 2,286,086.05 |
| 07/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 97.08 | | 2,286,183.13 |
| 08/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 97.09 | | 2,286,280.22 |
| 09/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 93.96 | | 2,286,374.18 |

| ACCOUNT TOTALS | 2,624,310.43 | 337,936.25 | $2,286,374.18 |
|---|---|---|---|
| Less: Bank Transfers | 13,498.12 | 65,299.00 | |
| **Subtotal** | **2,610,812.31** | **272,637.25** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,610,812.31** | **$272,637.25** | |

# Form 2
# Cash Receipts And Disbursements Record

| Case Number: | 16-12040-M | Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|---|---|
| Case Name: | CCCG, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1153 | Account: | ******2667 - Segregated Secured Funds |
| Period Ending: | 09/30/19 | Blanket Bond: | N/A |
|  |  | Separate Bond: | $2,500,000.00 |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2666 | 50,745.60 | 98,427.23 | 4,119.25 |
| MMA # *******2667 | 2,610,812.31 | 272,637.25 | 2,286,374.18 |
| **TOTAL - ALL ACCOUNTS** | **$2,661,557.91** | **$371,064.48** | **$2,290,493.43** |