**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**
**NORTHERN DIVISION**

In re: CCCG, LLC                    §          Case No. 16-12040-M
                                    §
                                    §
                                    §
          Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Scott P. Kirtley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00<br>*(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $2,419,056.73 | Claims Discharged<br>Without Payment: N/A |
| Total Expenses of Administration: $784,680.55 | |

3) Total gross receipts of $3,203,737.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,203,737.28 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $30,592,186.62 | $2,040,237.65 | $2,040,237.65 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $784,680.54 | $784,680.55 | $784,680.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $300,635.08 | $259,668.08 | $259,668.08 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,133,080.42 | $700,764.10 | $119,151.00 | $119,151.00 |
| **TOTAL DISBURSEMENTS** | $1,133,080.42 | $32,378,266.34 | $3,203,737.28 | $3,203,737.28 |

4) This case was originally filed under chapter 7 on 11/09/2016.  The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/11/2021

By: /s/ Scott P. Kirtley

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 32207 South Highway 69, Big Cabin | 1110-000 | $290,000.00 |
| 2007 Ford Expedition | 1229-000 | $2,000.00 |
| Post petition utility refunds | 1129-000 | $7,219.03 |
| 9490 Highway 412East, Locus Grove | 1110-000 | $240,000.00 |
| Parcels One (1), Two (2) , Murray, Utah | 1110-000 | $2,576,944.81 |
| 4th quarter 2016 tax refunds | 1224-000 | $33,559.51 |
| INTEREST (u) | 1270-000 | $2,187.61 |
| Reagan outdoor sign lease payment | 1229-000 | $1,756.17 |
| Wells Fargo accounts balances | 1290-000 | $50,018.76 |
| American Express Travel refund | 1290-000 | $51.39 |
| **TOTAL GROSS RECEIPTS** | | **$3,203,737.28** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mechanics Bank | 4110-000 | NA | -$0.01 | -$0.01 | -$0.01 |
| 2 | The Travelers Indemnity Company | 4110-000 | $0.00 | $10,000.00 | $0.00 | $0.00 |
| 5 | CRAIG COUNTY TREASURER | 4110-000 | $0.00 | $18,994.97 | $0.00 | $0.00 |
| 6 | BNP Paribas | 4110-000 | $0.00 | $30,563,191.66 | $2,040,237.66 | $2,040,237.66 |
| | **TOTAL SECURED** | | **$0.00** | **$30,592,186.62** | **$2,040,237.65** | **$2,040,237.65** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - SCOTT P. KIRTLEY | 2100-000 | NA | $119,362.12 | $119,362.12 | $119,362.12 |
| Trustee, Expenses - SCOTT P. KIRTLEY | 2200-000 | NA | $1,032.20 | $1,032.20 | $1,032.20 |
| Attorney for Trustee Fees - RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS | 3110-000 | NA | $93,074.24 | $93,074.25 | $93,074.25 |
| Attorney for Trustee, Expenses - RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS | 3120-000 | NA | $317,433.59 | $317,433.59 | $317,433.59 |
| Costs to Secure/Maintain Property - Lockton | 2420-000 | NA | $1,855.00 | $1,855.00 | $1,855.00 |
| Costs to Secure/Maintain Property - Parker Security Agency, LLC | 2420-000 | NA | $59,976.00 | $59,976.00 | $59,976.00 |
| Costs re Sale of Property - First American Title Insurance Comp (on behalf of Wagstaff C | 2500-000 | NA | $5,389.00 | $5,389.00 | $5,389.00 |
| Costs re Sale of Property - Mustang Title | 2500-000 | NA | $16,862.16 | $16,862.16 | $16,862.16 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $369.00 | $369.00 | $369.00 |
| Other Chapter 7 Administrative Expenses - IPFS Corporation | 2990-000 | NA | $34,977.23 | $34,977.23 | $34,977.23 |
| Realtor for Trustee Fees (Real Estate Commissions) - First American Title Insurance Comp (on behalf of Wagstaff C | 3510-000 | NA | $96,000.00 | $96,000.00 | $96,000.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Mustang Title | 3510-000 | NA | $37,100.00 | $37,100.00 | $37,100.00 |
| Consultant for Trustee Fees - FGC, LLC | 3731-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$784,680.54** | **$784,680.55** | **$784,680.55** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First American Title Insurance Comp (on behalf of Wagstaff C | 5800-000 | NA | -$24.60 | -$24.60 | -$24.60 |
| | First American Title Insurance Comp (on behalf of Wagstaff C | 5800-000 | NA | -$212.33 | -$212.33 | -$212.33 |
| | First American Title Insurance Comp (on behalf of Wagstaff C | 5800-000 | NA | $63,199.47 | $63,199.47 | $63,199.47 |
| | First American Title Insurance Comp (on behalf of Wagstaff C | 5800-000 | NA | $4,751.42 | $4,751.42 | $4,751.42 |
| | First American Title Insurance Comp (on behalf of Wagstaff C | 5800-000 | NA | $42,144.70 | $42,144.70 | $42,144.70 |
| | First American Title Insurance Comp (on behalf of Wagstaff C | 5800-000 | NA | -$388.33 | -$388.33 | -$388.33 |
| | Mustang Title | 5800-000 | NA | $6,607.54 | $6,607.54 | $6,607.54 |
| | Mustang Title | 5800-000 | NA | $19,203.16 | $19,203.16 | $19,203.16 |
| | Mustang Title | 5800-000 | NA | $17,627.80 | $17,627.80 | $17,627.80 |
| | Mustang Title | 5800-000 | NA | $3,473.54 | $3,473.54 | $3,473.54 |
| | Mustang Title | 5800-000 | NA | $6,448.08 | $6,448.08 | $6,448.08 |
| | Mustang Title | 5800-000 | NA | $12,559.94 | $12,559.94 | $12,559.94 |
| | Mustang Title | 5800-000 | NA | $7,598.80 | $7,598.80 | $7,598.80 |
| | Mustang Title | 5800-000 | NA | $25,194.40 | $25,194.40 | $25,194.40 |
| | Mustang Title | 5800-000 | NA | $26,017.70 | $26,017.70 | $26,017.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Mustang Title | 5800-000 | NA | $14,955.68 | $14,955.68 | $14,955.68 |
| | Mustang Title | 5800-000 | NA | $4,875.09 | $4,875.09 | $4,875.09 |
| | Mustang Title | 5800-000 | NA | $5,636.02 | $5,636.02 | $5,636.02 |
| 1 | MAYES COUNTY TREASURER | 5200-000 | $0.00 | $40,967.00 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$300,635.08** | **$259,668.08** | **$259,668.08** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Salt Lake County Treasurer | 7100-000 | $24,978.65 | $0.00 | $0.00 | $0.00 |
| 3 -2 | Salt Lake County Treasurer | 7100-000 | $24,978.65 | $0.00 | $0.00 | $0.00 |
| 4 | Utah StateTax Commission | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 -2 | Utah StateTax Commission | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | Mariner Wealth Advisors-Oklahoma, LLC | 7100-000 | $10,000.00 | $5,000.00 | $0.00 | $0.00 |
| 8 | Tomlinson, Rebecca | 7100-000 | $112,500.00 | $110,000.00 | $79,585.00 | $79,585.00 |
| 9 | MT Law | 7100-000 | $17,268.00 | $8,634.10 | $0.00 | $0.00 |
| 10 | PARADIGM REALTY ADVISORS LLC | 7100-000 | $0.00 | $577,130.00 | $0.00 | $0.00 |
| | INTERNAL REVENUE SERVICE | 7100-000 | NA | NA | $6,820.00 | $6,820.00 |
| | INTERNAL REVENUE SERVICE | 7100-000 | NA | NA | $6,820.00 | $6,820.00 |
| | INTERNAL REVENUE SERVICE | 7100-000 | NA | NA | $1,595.00 | $1,595.00 |
| | INTERNAL REVENUE SERVICE | 7100-000 | NA | NA | $56.00 | $56.00 |
| | INTERNAL REVENUE SERVICE | 7100-000 | NA | NA | $1,595.00 | $1,595.00 |
| | Internal Revenue Service | 7100-000 | NA | NA | $16,500.00 | $16,500.00 |
| | Oklahoma Tax Commission | 7100-000 | NA | NA | $680.00 | $680.00 |
| | Oklahoma Tax Commission | 7100-000 | NA | NA | $5,500.00 | $5,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | American Express Corp Cards | 7100-000 | $67,500.00 | NA | NA | NA |
| N/F | American Express Corp Cards | 7100-000 | $67,500.00 | NA | NA | NA |
| N/F | CT Corporation | 7100-000 | $380.00 | NA | NA | NA |
| N/F | CT Corporation | 7100-000 | $380.00 | NA | NA | NA |
| N/F | Colonial Life Premium Processing | 7100-000 | $5,039.64 | NA | NA | NA |
| N/F | Colonial Life Premium Processing | 7100-000 | $5,039.64 | NA | NA | NA |
| N/F | Communique Conferencing | 7100-000 | $707.16 | NA | NA | NA |
| N/F | Communique Conferencing | 7100-000 | $707.16 | NA | NA | NA |
| N/F | Eide Bailly, LLP | 7100-000 | $69,475.00 | NA | NA | NA |
| N/F | Eide Bailly, LLP | 7100-000 | $69,475.00 | NA | NA | NA |
| N/F | GTT Communications, Inc. | 7100-000 | $2,148.43 | NA | NA | NA |
| N/F | GTT Communications, Inc. | 7100-000 | $2,148.43 | NA | NA | NA |
| N/F | Jennifer Logan | 7100-000 | $34,615.22 | NA | NA | NA |
| N/F | Manta Resources, Inc. | 7100-000 | $60,000.00 | NA | NA | NA |
| N/F | Manta Resources, Inc. | 7100-000 | $60,000.00 | NA | NA | NA |
| N/F | Regus Management Group, LLC | 7100-000 | $1,180.63 | NA | NA | NA |
| N/F | Regus Management Group, LLC | 7100-000 | $1,180.63 | NA | NA | NA |
| N/F | Schiff Hardin, LLP | 7100-000 | $92,363.36 | NA | NA | NA |
| N/F | Schiff Hardin, LLP | 7100-000 | $92,363.36 | NA | NA | NA |
| N/F | Tortola Advisors, LLC | 7100-000 | $50,000.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Tortola Advisors, LLC | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Troutman Sanders, LLP | 7100-000 | $3,150.00 | NA | NA | NA |
| N/F | Troutman Sanders, LLP | 7100-000 | $3,150.00 | NA | NA | NA |
| N/F | William Campbell | 7100-000 | $204,851.46 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,133,080.42** | **$700,764.10** | **$119,151.00** | **$119,151.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

Case No.:  16-12040-M

Case Name:  CCCG, LLC

For Period Ending:  01/11/2021

Trustee Name:  (560010) Scott P. Kirtley

Date Filed (f) or Converted (c):  11/09/2016 (f)

§ 341(a) Meeting Date:  12/05/2016

Claims Bar Date:  07/03/2017

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo accounts balances (u) | 50,018.76 | 50,018.76 | | 50,018.76 | FA |
| 2 | 9490 Highway 412East, Locus Grove _Sale Order entered 4/9/18._ | 1,000,000.00 | 240,000.00 | | 240,000.00 | FA |
| 3 | Parcels One (1), Two (2) , Murray, Utah _Sale/Lease Order entered 12/19/17._ | 3,560,000.00 | 2,576,944.81 | | 2,576,944.81 | FA |
| 4 | 32207 South Highway 69, Big Cabin _Sale Order entered 4/9/18._ | 600,000.00 | 290,000.00 | | 290,000.00 | FA |
| 5 | 2007 Ford Expedition (u) _Order authorizing sale entered 7/24/17._ | 4,629.00 | 2,000.00 | | 2,000.00 | FA |
| 6 | Express Metal Fabricators, LLC, 100% ownership, | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Express Integrated Techologies, LLC, 100% owners | 0.00 | 0.00 | | 0.00 | FA |
| 8 | ST2, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Express International Group, Inc, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Intangibles (Note: 9/30/16 financial statement) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Reagan outdoor sign lease payment (u) _lease was transferred with sale that closed on 12/28/17._ | 1,756.17 | 1,756.17 | | 1,756.17 | FA |
| 12 | American Express Travel refund (u) | 51.39 | 51.39 | | 51.39 | FA |
| 13 | Post petition utility refunds | 7,219.03 | 7,219.03 | | 7,219.03 | FA |
| 14 | 4th quarter 2016 tax refunds (u) | 33,559.51 | 33,559.51 | | 33,559.51 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 2,187.61 | Unknown |
| **15** | **Assets Totals (Excluding unknown values)** | **$5,257,233.86** | **$3,201,549.67** | | **$3,203,737.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

TDR pending.
Order on Amended Final and approving fees, expenses and payment of secured claim entered 9/3/20.
Amended TFR filed 8/28/20.
Order Sustaining Objection to Claim No. 2-Travelers entered 2/20/20.
Order entered 11/6/19 re: Trustee's Interim Distribution and Allowance of Fees & Expenses.
Sale Orders regarding Big Cabin and Locust Grover properties both entered 4/9/18.
Finalize insurnace claims for copper theft and fire in Murray, Utah.
Form 1 updated 1/11/21.

**Initial Projected Date Of Final Report (TFR):**  05/31/2018

**Current Projected Date Of Final Report (TFR):**  04/28/2020 (Actual)

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case No.:** | 16-12040-M |
| **Case Name:** | CCCG, LLC |
| **Taxpayer ID #:** | **-***1153 |
| **For Period Ending:** | 01/11/2021 |

| | |
|---|---|
| **Trustee Name:** | Scott P. Kirtley (560010) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******2666 Checking Account |
| **Blanket Bond (per case limit):** | N/A |
| **Separate Bond (if applicable):** | $2,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/13/16 | {1} | Wells Fargo | Business account proceeds | 1290-000 | 5,881.33 | | 5,881.33 |
| 12/13/16 | {1} | Wells Fargo | Business account proceeds | 1290-000 | 28,059.33 | | 33,940.66 |
| 12/13/16 | {1} | Wells Fargo | Business account proceeds | 1290-000 | 9,866.96 | | 43,807.62 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.51 | 43,774.11 |
| 01/03/17 | {1} | Wells Fargo | Business account proceeds | 1290-000 | 6,211.14 | | 49,985.25 |
| 01/03/17 | 1 | FGC, LLC | Consulting services-assistance in compiling information for bankrutpcy schedules | 3731-000 | | 250.00 | 49,735.25 |
| 01/10/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 49,870.34 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.16 | 49,795.18 |
| 02/09/17 | 2 | FGC, LLC | Consulting services-assistance in compiling information for bankrutpcy schedules | 3731-000 | | 1,000.00 | 48,795.18 |
| 02/15/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 48,930.27 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.06 | 48,864.21 |
| 03/06/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 48,999.30 |
| 03/15/17 | 3 | IPFS Corporation | Adequate protection payment per Order entered 3/14/17 | 2990-000 | | 34,977.23 | 14,022.07 |
| 03/24/17 | {12} | American Express Travel | Refund | 1290-000 | 37.50 | | 14,059.57 |
| 03/30/17 | | To Account #******2667 | Transfer of funds to Segregated Secured Funds account | 9999-000 | | 13,356.59 | 702.98 |
| 04/19/17 | {12} | American Express | Refund | 1290-000 | 13.89 | | 716.87 |
| 04/19/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 851.96 |
| 04/19/17 | | To Account #******2667 | Transfer to segregated secured funds account | 9999-000 | | 141.53 | 710.43 |
| 04/25/17 | | From Account #******2667 | Transfer $1,855.00 from MMA to DDA | 9999-000 | 1,855.00 | | 2,565.43 |
| 04/25/17 | 4 | Lockton | General liability insurance | 2420-000 | | 1,855.00 | 710.43 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 700.43 |
| 05/05/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 835.52 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 825.52 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 815.52 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 805.52 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 795.52 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 785.52 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 775.52 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 765.52 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 755.52 |

**Page Subtotals:** $52,600.60   $51,845.08

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 16-12040-M | Trustee Name: | Scott P. Kirtley (560010) |
|---|---|---|---|
| Case Name: | CCCG, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1153 | Account #: | ******2666 Checking Account |
| For Period Ending: | 01/11/2021 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $2,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 745.52 |
| 02/19/18 | | From Account #******2667 | Transfer $17,748.00 from MMA to DDA | 9999-000 | 17,748.00 | | 18,493.52 |
| 02/20/18 | 5 | Parker Security Agency, LLC | 2/6/18 thru 2/12/18 security per Order 2/13/18 (Locust Grove-invoice 0007-18) | 2420-000 | | 2,856.00 | 15,637.52 |
| 02/20/18 | 6 | Parker Security Agency, LLC | 2/6/18 thru 2/12/18 security per Order 2/13/18 (Big Cabin-invoice 0007-18BC) | 2420-000 | | 2,856.00 | 12,781.52 |
| 02/20/18 | 7 | Parker Security Agency, LLC | 2/6/18 thru 2/12/18 security per Order 2/13/18 (Locust Grove-invoice 0008-18) | 2420-000 | | 3,060.00 | 9,721.52 |
| 02/20/18 | 8 | Parker Security Agency, LLC | 2/6/18 thru 2/12/18 security per Order 2/13/18 (Big Cabin-invoice 0008-18BC) | 2420-000 | | 3,060.00 | 6,661.52 |
| 02/26/18 | 9 | Parker Security Agency, LLC | 2/20/18 thru 2/26/18 security per Order 2/13/18 (Big Cabin-invoice 0009-18BC) | 2420-000 | | 2,856.00 | 3,805.52 |
| 02/26/18 | 10 | Parker Security Agency, LLC | 2/6/18 thru 2/12/18 security per Order 2/13/18 (Locust Grove-invoice 0009-18) | 2420-000 | | 2,856.00 | 949.52 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 939.52 |
| 03/06/18 | | From Account #******2667 | Transfer $22,848.00 from MMA to Checking Acct | 9999-000 | 22,848.00 | | 23,787.52 |
| 03/06/18 | 11 | Parker Security Agency, LLC | 2/27/18 thru 3/5/18 security per Order 2/13/18 (Locust Grove-invoice 0010-18) | 2420-000 | | 2,856.00 | 20,931.52 |
| 03/06/18 | 12 | Parker Security Agency, LLC | 2/27/18 thru 3/5/18 security per Order 2/13/18 (Big Cabin-invoice 0010-18BC) | 2420-000 | | 2,856.00 | 18,075.52 |
| 03/15/18 | 13 | Parker Security Agency, LLC | 2/27/18 thru 3/5/18 security per Order 2/13/18 (Locust Grove-invoice 0011-18) | 2420-000 | | 2,856.00 | 15,219.52 |
| 03/15/18 | 14 | Parker Security Agency, LLC | 2/27/18 thru 3/5/18 security per Order 2/13/18 (Big Cabin-invoice 0011-18BC) | 2420-000 | | 2,856.00 | 12,363.52 |
| 03/20/18 | 15 | Parker Security Agency, LLC | 2/27/18 thru 3/5/18 security per Order 2/13/18 (Locust Grove-invoice 0012-18 | 2420-000 | | 2,856.00 | 9,507.52 |
| 03/20/18 | 16 | Parker Security Agency, LLC | 2/27/18 thru 3/5/18 security per Order 2/13/18 (Big Cabin - Invoice 0012-18BC | 2420-000 | | 2,856.00 | 6,651.52 |
| 03/26/18 | 17 | Parker Security Agency, LLC | 3/20/18 thru 3/26/18 security per Order 2/13/18 (Locust Grove-invoice 0013-18) | 2420-000 | | 2,856.00 | 3,795.52 |
| 03/26/18 | 18 | Parker Security Agency, LLC | 3/20/18 thru 3/26/18 security per Order 2/13/18 (Big Cabin-invoice 0013-18BC) | 2420-000 | | 2,856.00 | 939.52 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.50 | 922.02 |
| 04/02/18 | | From Account #******2667 | Transfer $22,848.00 from MMA to Checking Acct. | 9999-000 | 22,848.00 | | 23,770.02 |
| 04/02/18 | 19 | Parker Security Agency, LLC | 3/27/18 thru 4/2/18 security per Order 2/13/18 (Locust Grove-invoice 0014-18) | 2420-000 | | 2,856.00 | 20,914.02 |

| | | | | Page Subtotals: | $63,444.00 | $43,285.50 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 16-12040-M | | Trustee Name: | | Scott P. Kirtley (560010) | |
| Case Name: | CCCG, LLC | | Bank Name: | | Mechanics Bank | |
| Taxpayer ID #: | **-***1153 | | Account #: | | ******2666 Checking Account | |
| For Period Ending: | 01/11/2021 | | Blanket Bond (per case limit): | | N/A | |
| | | | Separate Bond (if applicable): | | $2,500,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/02/18 | 20 | Parker Security Agency, LLC | 3/27/18 thru 4/2/18 security per Order 2/13/18 (Big Cabin-invoice 0014-18BC) | 2420-000 | | 2,856.00 | 18,058.02 |
| 04/11/18 | 21 | Parker Security Agency, LLC | 4/3/18 thru 4/9/18 security per Order 2/13/18 (Locust Grove-invoice #0015-18) | 2420-000 | | 2,856.00 | 15,202.02 |
| 04/11/18 | 22 | Parker Security Agency, LLC | 4/3/18 thru 4/9/18 security per Order 2/13/18 (Big Cabin-invoice 0015-18BC) | 2420-000 | | 2,856.00 | 12,346.02 |
| 04/16/18 | 23 | Parker Security Agency, LLC | 4/10/18 thru 4/16/18 security per Order 2/13/18 (Locust Grove-invoice 0016-18) | 2420-000 | | 2,856.00 | 9,490.02 |
| 04/16/18 | 24 | Parker Security Agency, LLC | 4/10/18 thru 4/16/18 security per Order 2/13/18 (Big Cabin-invoice 0016-18BC) | 2420-000 | | 2,856.00 | 6,634.02 |
| 04/25/18 | 25 | Parker Security Agency, LLC | 4/17/18 thru 4/19/18 security per Order 2/13/18 (Locust Grove-invoice 0017-18) | 2420-000 | | 1,224.00 | 5,410.02 |
| 04/25/18 | 26 | Parker Security Agency, LLC | 4/17/18 thru 4/19/18 security per Order 2/13/18 (Big Cabin-invoice 0017-18BC) | 2420-000 | | 1,224.00 | 4,186.02 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.77 | 4,169.25 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,159.25 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,149.25 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,139.25 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,129.25 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,124.25 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,119.25 |
| 02/12/20 | | From Account #******2667 | Transfer of balance to checking account | 9999-000 | 450,981.31 | | 455,100.56 |
| 02/13/20 | | Mechanics Bank | Interested posted | 1270-000 | 5.56 | | 455,106.12 |
| 09/18/20 | | BNP Paribas | MIDFIRST BANK 20200918MMQFMPEN00 0087 | 4110-000 | | -313,420.57 | 768,526.69 |
| 09/18/20 | 27 | BNP Paribas | Payment on secured claim per Order 9/3/20 Voided on 09/18/2020 | 4110-004 | | 313,420.57 | 455,106.12 |
| 09/18/20 | 27 | BNP Paribas | Payment on secured claim per Order 9/3/20 Voided: check issued on 09/18/2020 | 4110-004 | | -313,420.57 | 768,526.69 |
| 09/18/20 | 28 | RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS | Attorney for Trustee expenses per Order 9/3/20 | 3120-000 | | 227.70 | 768,298.99 |
| 09/18/20 | 29 | SCOTT P. KIRTLEY | Trustee's fees and expenses per Order 9/3/20 | | | 17,710.60 | 750,588.39 |
| | | SCOTT P. KIRTLEY | Trustee's fees per Order 9/3/20 $16,678.40 | 2100-000 | | | |
| | | SCOTT P. KIRTLEY | Trustee's expenses per Order 9/3/20 $1,032.20 | 2200-000 | | | |

Page Subtotals: $450,986.87    -$278,687.50

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 16-12040-M | Trustee Name: | Scott P. Kirtley (560010) |
|---|---|---|---|
| Case Name: | CCCG, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1153 | Account #: | ******2666 Checking Account |
| For Period Ending: | 01/11/2021 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $2,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/18/20 | 30 | RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS | Attorney for Trustee fees per Order 9/3/20 | 3110-000 | | 4,596.25 | 745,992.14 |
| 09/18/20 | 31 | INTERNAL REVENUE SERVICE | EMPLOYEE FICA | 7100-000 | | 6,820.00 | 739,172.14 |
| 09/18/20 | 32 | INTERNAL REVENUE SERVICE | EMPLOYEE MEDCARE | 7100-000 | | 1,595.00 | 737,577.14 |
| 09/18/20 | 33 | INTERNAL REVENUE SERVICE | EMPLOYER FICA | 7100-000 | | 6,820.00 | 730,757.14 |
| 09/18/20 | 34 | INTERNAL REVENUE SERVICE | EMPLOYER FICA | 7100-000 | | 1,595.00 | 729,162.14 |
| 09/18/20 | 35 | INTERNAL REVENUE SERVICE | EMPLOYER FUTA | 7100-000 | | 56.00 | 729,106.14 |
| 09/18/20 | 36 | Internal Revenue Service | EMPLOYEE INCOME TAX | 7100-000 | | 16,500.00 | 712,606.14 |
| 09/18/20 | 37 | Oklahoma Tax Commission | EMPLOYER OK SUTA | 7100-000 | | 680.00 | 711,926.14 |
| 09/18/20 | 38 | Oklahoma Tax Commission | EMPLOYEE OK SUTA | 7100-000 | | 5,500.00 | 706,426.14 |
| 09/18/20 | 39 | Tomlinson, Rebecca | First and final distribution | 7100-000 | | 79,585.00 | 626,841.14 |
| 09/18/20 | | BNP Paribas | Wire transfer for payment of secured claim per Order 9/3/20 | 4110-000 | | 313,420.57 | 313,420.57 |
| 09/22/20 | | BNP Paribas | Wire transfer for payment of secured claim per Order 9/3/20 | 4110-000 | | 313,420.57 | 0.00 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | | 567,031.47 | 567,031.47 | $0.00 |
| | Less: Bank Transfers/CDs | | | | 516,280.31 | 13,498.12 | |
| | Subtotal | | | | 50,751.16 | 553,533.35 | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | NET Receipts / Disbursements | | | | $50,751.16 | $553,533.35 | |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 16-12040-M | | **Trustee Name:** | | Scott P. Kirtley (560010) | |
| **Case Name:** | CCCG, LLC | | **Bank Name:** | | Mechanics Bank | |
| **Taxpayer ID #:** | **-***1153 | | **Account #:** | | ******2667 Segregated Secured Funds | |
| **For Period Ending:** | 01/11/2021 | | **Blanket Bond (per case limit):** | | N/A | |
| | | | **Separate Bond (if applicable):** | | $2,500,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 03/30/17 | | From Account #******2666 | Transfer of funds to Segregated Secured Funds account | 9999-000 | 13,356.59 | | 13,356.59 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.69 | 13,298.90 |
| 04/12/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -57.69 | 13,356.59 |
| 04/19/17 | | From Account #******2666 | Transfer to segregated secured funds account | 9999-000 | 141.53 | | 13,498.12 |
| 04/25/17 | | To Account #******2666 | Transfer $1,855.00 from MMA to DDA | 9999-000 | | 1,855.00 | 11,643.12 |
| 04/28/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 11,643.45 |
| 05/31/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 11,643.95 |
| 06/12/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 11,779.04 |
| 06/12/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 11,914.13 |
| 06/30/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,914.61 |
| 07/05/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 12,049.70 |
| 07/26/17 | {5} | Brian Thompson | Sale of 2007 Ford Expedition per Order 7/24/17. | 1229-000 | 2,000.00 | | 14,049.70 |
| 07/31/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 14,050.23 |
| 08/07/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 14,185.32 |
| 08/31/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,185.92 |
| 09/05/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 14,321.01 |
| 09/29/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 14,321.59 |
| 10/05/17 | {11} | Reagan Outdoor Advertsing | Outdoor sign lease payment | 1229-000 | 135.09 | | 14,456.68 |
| 10/31/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 14,457.30 |
| 11/08/17 | {11} | Reagan Outdoor Advertising | Outdoor sign lease payment | 1229-000 | 135.09 | | 14,592.39 |
| 11/30/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,592.98 |
| 12/07/17 | {11} | Reagan Outdoor Advretising | Outdoor sign lease payment | 1229-000 | 135.09 | | 14,728.07 |
| 12/20/17 | {3} | Wagstaff Crane Services | Payment on sale/lease of Murray, Utah property per Order entered 12/19/17. | 1110-000 | 500,000.00 | | 514,728.07 |
| 12/29/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 7.48 | | 514,735.55 |
| 01/03/18 | | First American Title Insurance Comp (on behalf of Wagstaff C | Sale ot Murray Utah property per Sale/Lease Order entered 12/19/17 (less $30,000 held for title work) | | 1,659,140.67 | | 2,173,876.22 |
| | {3} | | Gross sale proceeds per Sale Order 4/9/18 (less $30,000 held for title work)<br><br>$1,870,000.00 | 1110-000 | | | |
| | | | Realtor comission per Order 12/19/17<br><br>-$96,000.00 | 3510-000 | | | |
| | | | Escrow fee per Order 12/19/17<br><br>-$500.00 | 2500-000 | | | |
| | | | Wire transfer service per Order 12/19/17<br><br>-$15.00 | 2500-000 | | | |

Page Subtotals:   $2,175,731.22      $1,855.00

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 6

| | | |
|---|---|---|
| **Case No.:** | 16-12040-M | |
| **Case Name:** | CCCG, LLC | |
| **Taxpayer ID #:** | **-***1153 | |
| **For Period Ending:** | 01/11/2021 | |

| | |
|---|---|
| **Trustee Name:** | Scott P. Kirtley (560010) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******2667 Segregated Secured Funds |
| **Blanket Bond (per case limit):** | N/A |
| **Separate Bond (if applicable):** | $2,500,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Wire transfer service per Order 12/19/17<br><br>-$15.00 | 2500-000 | | | |
| | | | PolicyStandard ALTA per Order 12/19/17<br><br>-$4,859.00 | 2500-000 | | | |
| | | | 2016 & 2017 Salt Lake Cnty taxes per Order 12/19/17<br><br>-$42,144.70 | 5800-000 | | | |
| | | | 2016&2017 Salt Lake Cnty taxes per Order 12/19/17<br><br>-$4,751.42 | 5800-000 | | | |
| | | | 2016&2017 Salt Lake Cnty taxes per Order 12/19/17<br><br>-$63,199.47 | 5800-000 | | | |
| | | | Credit for buyer's cnty taxes portion 12/28/17 to 12/31/17 per Order 12/19/17<br><br>$212.33 | 5800-000 | | | |
| | | | Credit for buyer'd cnty taxes portion 12/28/17 to 12/31/17 per Order 12/19/17<br><br>$24.60 | 5800-000 | | | |
| | | | Credit for buyer'd cnty taxes portion 12/28/17 to 12/31/17 per Order 12/19/17<br><br>$388.33 | 5800-000 | | | |
| 01/09/18 | {3} | Admiral Insurance Company | Insurance proceeds on Utah property/theft of copper wire | 1110-000 | 50,000.00 | | 2,223,876.22 |
| 01/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 89.21 | | 2,223,965.43 |
| 02/19/18 | 1 | Scott P. Kirtley, Trustee | Reimbursement of expenses per Order 2/13/18 (Public Service Company)(reimbursed to Scott Kirtley and Riggs, Abney) | 3120-000 | | 21,284.78 | 2,202,680.65 |
| 02/19/18 | 2 | Riggs, Abney, Neal, Turpen, Orbison & Lewis | Reimburse of expenses per Order 2/13/18 | | | 235,645.50 | 1,967,035.15 |
| | | RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS | Per Order 2/13/18 (CBI Security)<br><br>$97,637.50 | 3120-000 | | | |
| | | RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS | Per Order 2/13/18 (Parker Security)<br><br>$133,008.00 | 3120-000 | | | |
| | | RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS | Per Order 2/13/18 (Bond Premium)<br><br>$5,000.00 | 3120-000 | | | |
| 02/19/18 | | To Account #******2666 | Transfer $17,748.00 from MMA to DDA | 9999-000 | | 17,748.00 | 1,949,287.15 |
| 02/28/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 82.30 | | 1,949,369.45 |
| 03/06/18 | | To Account #******2666 | Transfer $22,848.00 from MMA to Checking Acct | 9999-000 | | 22,848.00 | 1,926,521.45 |

Page Subtotals:  $50,171.51  $297,526.28

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 16-12040-M | **Trustee Name:** | Scott P. Kirtley (560010) | | |
| **Case Name:** | CCCG, LLC | **Bank Name:** | Mechanics Bank | | |
| **Taxpayer ID #:** | **-***1153 | **Account #:** | ******2667 Segregated Secured Funds | | |
| **For Period Ending:** | 01/11/2021 | **Blanket Bond (per case limit):** | N/A | | |
| | | **Separate Bond (if applicable):** | $2,500,000.00 | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/26/18 | {3} | First American Title Insurance Comp | Remaining gross sale proceeds Murray Utah property per Sale/Lease Order entered 12/19/17 after title requirement satisfied | 1110-000 | 30,000.00 | | 1,956,521.45 |
| 03/30/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 82.21 | | 1,956,603.66 |
| 04/02/18 | | To Account #******2666 | Transfer $22,848.00 from MMA to Checking Acct. | 9999-000 | | 22,848.00 | 1,933,755.66 |
| 04/18/18 | | Mustang Title | Sale proceeds toLocust Grove real property per Order 4/9/18 | | 109,219.75 | | 2,042,975.41 |
| | {2} | | Sale proceeds to Locust Grove real property per Order 4/9/18 $240,000.00 | 1110-000 | | | |
| | | | Ad Valorem per Order 4/9/18 -$4,875.09 | 5800-000 | | | |
| | | | Pro One Realty commission per Order 4/9/18 -$9,600.00 | 3510-000 | | | |
| | | | Myron Bowling Auctioneers commission per Order 4/9/18 -$7,200.00 | 3510-000 | | | |
| | | | Final abstract/search per Order 4/9/18 -$250.00 | 2500-000 | | | |
| | | | Gap search per Order 4/9/18 -$125.00 | 2500-000 | | | |
| | | | UCC search per Order 4/9/18 -$125.00 | 2500-000 | | | |
| | | | Doc stamps per Order 4/9/18 -$360.00 | 2500-000 | | | |
| | | | Abstract/title search per Order 4/9/18 -$1,750.00 | 2500-000 | | | |
| | | | Recording fee per Order 4/9/18 -$35.00 | 2500-000 | | | |
| | | | Recording fee per Order 4/9/18 -$33.00 | 2500-000 | | | |
| | | | Survey per Order 4/9/18 -$5,500.00 | 2500-000 | | | |
| | | | Escrow fee closing fee per Order 4/9/18 -$750.00 | 2500-000 | | | |
| | | | Delivery fee per Order 4/9/18 -$50.00 | 2500-000 | | | |
| | | | 2016 Mayes Cnty ad valorem per Order 4/9/18 -$19,203.16 | 5800-000 | | | |

Page Subtotals:          $139,301.96          $22,848.00

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 8

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-12040-M | **Trustee Name:** | Scott P. Kirtley (560010) |
| **Case Name:** | CCCG, LLC | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***1153 | **Account #:** | ******2667 Segregated Secured Funds |
| **For Period Ending:** | 01/11/2021 | **Blanket Bond (per case limit):** | N/A |
| | | **Separate Bond (if applicable):** | $2,500,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 2017 Mayes Cnty ad valorem per Order 4/9/18 -$17,627.80 | 5800-000 | | | |
| | | | 2016 Mayes Cnty business tax per Order 4/9/18 -$25,194.40 | 5800-000 | | | |
| | | | 2017 Mayes Cnty business tax per Order 4/9/18 -$26,017.70 | 5800-000 | | | |
| | | | 2016 Mayes Cnty personal tax per Order 4/9/18 -$6,448.08 | 5800-000 | | | |
| | | | 2017 Mayes Cnty personal tax per Order 4/9/18 -$5,636.02 | 5800-000 | | | |
| 04/18/18 | | Mustang Title | Sale proceeds to Big Cabin real property per Order 4/9/18 | | 216,620.34 | | 2,259,595.75 |
| | {4} | | Sale proceeds to Big Cabin real property per Order 4/9/18 $290,000.00 | 1110-000 | | | |
| | | | Ad valorem tax per Order 4/9/18 -$3,473.54 | 5800-000 | | | |
| | | | Billboard rent per Order 4/9/18 -$1,093.16 | 2500-000 | | | |
| | | | Pro One Realty commission per Order 4/9/18 -$11,600.00 | 3510-000 | | | |
| | | | Myron Bowling Auctioneers realtor commission per Order 4/9/18 -$8,700.00 | 3510-000 | | | |
| | | | Final abstract/search per Order 4/9/18 -$250.00 | 2500-000 | | | |
| | | | Gap search per Order 4/9/18 -$125.00 | 2500-000 | | | |
| | | | UCC Search per Order 4/9/18 -$125.00 | 2500-000 | | | |
| | | | Filing fee for obtaining docs per Order 4/9/18 -$38.00 | 2500-000 | | | |
| | | | Abstract/title search per Order 4/9/18 -$450.00 | 2500-000 | | | |
| | | | Doc stamps per Order 4/9/18 -$435.00 | 2500-000 | | | |
| | | | Recording fees per Order 4/9/18 -$33.00 | 2500-000 | | | |

Page Subtotals: $216,620.34   $0.00

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 9

| | | |
|---|---|---|
| **Case No.:** | 16-12040-M | |
| **Case Name:** | CCCG, LLC | |
| **Taxpayer ID #:** | **-***1153 | |
| **For Period Ending:** | 01/11/2021 | |

| | |
|---|---|
| **Trustee Name:** | Scott P. Kirtley (560010) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******2667 Segregated Secured Funds |
| **Blanket Bond (per case limit):** | N/A |
| **Separate Bond (if applicable):** | $2,500,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Recording fees per Order 4/9/18 -$35.00 | 2500-000 | | | |
| | | | Survey per Order 4/9/18 -$4,500.00 | 2500-000 | | | |
| | | | Escrow fee closing fee per Order 4/9/18 -$750.00 | 2500-000 | | | |
| | | | Delivery fee per Order 4/9/18 -$50.00 | 2500-000 | | | |
| | | | 2016 Property Tax (Ad Valorem) per Order 4/9/18 -$14,955.68 | 5800-000 | | | |
| | | | 2017 Property Tax (Ad Valorem) per Order 4/9/18 -$12,559.94 | 5800-000 | | | |
| | | | 2016 Property Tax (Business Personal) per Order 4/9/18 -$7,598.80 | 5800-000 | | | |
| | | | 2017 Property Tax (Business Personal) per Order 4/9/18 -$6,607.54 | 5800-000 | | | |
| 04/30/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 85.31 | | 2,259,681.06 |
| 05/29/18 | {13} | Wirecard | Utility refund (American Electric Power) | 1129-000 | 807.16 | | 2,260,488.22 |
| 05/29/18 | {13} | Wirecard | Utility refund (American Electric Power) | 1129-000 | 768.17 | | 2,261,256.39 |
| 05/29/18 | {13} | Wirecard | Utility refund (American Electric Power) | 1129-000 | 5,602.90 | | 2,266,859.29 |
| 05/29/18 | {13} | Wirecard | Utility refund (American Electric Power) | 1129-000 | 40.80 | | 2,266,900.09 |
| 05/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 95.97 | | 2,266,996.06 |
| 06/29/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 93.17 | | 2,267,089.23 |
| 07/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 96.27 | | 2,267,185.50 |
| 08/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 96.28 | | 2,267,281.78 |
| 09/28/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 93.18 | | 2,267,374.96 |
| 10/18/18 | {14} | Paycom Payroll, LLC | 4th quarter 2016 tax refund | 1224-000 | 33,559.51 | | 2,300,934.47 |
| 10/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 96.75 | | 2,301,031.22 |
| 11/30/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 94.57 | | 2,301,125.79 |
| 12/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 97.72 | | 2,301,223.51 |
| 01/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 97.72 | | 2,301,321.23 |
| 02/28/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 88.28 | | 2,301,409.51 |
| 03/29/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 97.73 | | 2,301,507.24 |
| 04/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 94.58 | | 2,301,601.82 |
| 05/08/19 | 3 | Scott P. Kirtley, Trustee | Trustee's expenses per Order 8/29/17 (reimbursed to Scott Kirtley and Riggs, Abney, attorneys for Trustee) | | | 15,706.97 | 2,285,894.85 |

Page Subtotals: $42,006.07    $15,706.97

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 10

| | |
|---|---|
| **Case No.:** | 16-12040-M |
| **Case Name:** | CCCG, LLC |
| **Taxpayer ID #:** | **-***1153 |
| **For Period Ending:** | 01/11/2021 |

| | |
|---|---|
| **Trustee Name:** | Scott P. Kirtley (560010) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******2667 Segregated Secured Funds |
| **Blanket Bond (per case limit):** | N/A |
| **Separate Bond (if applicable):** | $2,500,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS | Trustee's expenses (Murray City Corp.) per Order 8/29/17 $15,106.97 | 3120-000 | | | |
| | | RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS | Trustee's expenses (CBI Security) per Order 8/29/17 $600.00 | 3120-000 | | | |
| 05/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 97.25 | | 2,285,992.10 |
| 06/28/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 93.95 | | 2,286,086.05 |
| 07/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 97.08 | | 2,286,183.13 |
| 08/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 97.09 | | 2,286,280.22 |
| 09/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 93.96 | | 2,286,374.18 |
| 10/18/19 | {3} | Berkley Insurance Company | Insurance proceeds from fire damage | 1110-000 | 126,944.81 | | 2,413,318.99 |
| 10/31/19 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 98.83 | | 2,413,417.82 |
| 11/21/19 | 4 | Riggs, Abney, Neal, Turpen, Orbison & Lewis | Interim attorney fees per Order 11/6/19 | 3110-000 | | 88,478.00 | 2,324,939.82 |
| 11/21/19 | 5 | Scott P. Kirtley, Trustee | Interim trustee fees per Order 11/6/19 | 2100-000 | | 102,683.72 | 2,222,256.10 |
| 11/21/19 | 6 | Riggs, Abney, Neal, Turpen, Orbison & Lewis | Out of pocket expenses per Order 11/6/19 | 3120-000 | | 44,568.64 | 2,177,687.46 |
| 11/21/19 | | BNP Paribas | Interim distribution per Trustee's interim report and proposed interim distribution 10/11/19 (BNPP/EXPRESS 12323-0002) | 4110-000 | | ! 1,726,817.09 | 450,870.37 |
| 11/22/19 | | Mechanics Bank | Bank error on wire out amount to BNP dated 11/21/19 | 4110-000 | | -0.01 | 450,870.38 |
| 11/29/19 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 72.63 | | 450,943.01 |
| 12/31/19 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 19.15 | | 450,962.16 |
| 01/31/20 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 19.15 | | 450,981.31 |
| 02/12/20 | Int | Mechanics Bank | Current Interest Rate is 0.0500% | 1270-000 | 0.00 | | 450,981.31 |
| 02/12/20 | | To Account #******2666 | Transfer of balance to checking account | 9999-000 | | 450,981.31 | 0.00 |
| 02/13/20 | | Mechanics Bank | Interest posted | 1270-000 | 5.56 | | 5.56 |
| 02/13/20 | | Mechanics Bank | Interest posted in error (was deposited into checking account) | 1270-000 | -5.56 | | 0.00 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 2,751,465.00 | 2,751,465.00 | $0.00 |
| Less: Bank Transfers/CDs | 13,498.12 | 516,280.31 |
| **Subtotal** | 2,737,966.88 | 2,235,184.69 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$2,737,966.88** | **$2,235,184.69** |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page:  11

| | |
|---|---|
| **Case No.:** 16-12040-M | **Trustee Name:** Scott P. Kirtley (560010) |
| **Case Name:** CCCG, LLC | **Bank Name:** Mechanics Bank |
| **Taxpayer ID #:** **-***1153 | **Account #:** ******2667 Segregated Secured Funds |
| **For Period Ending:** 01/11/2021 | **Blanket Bond (per case limit):** N/A |
| | **Separate Bond (if applicable):** $2,500,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2666 Checking Account | $50,751.16 | $553,533.35 | $0.00 |
| ******2667 Segregated Secured Funds | $2,737,966.88 | $2,235,184.69 | $0.00 |
| | **$2,788,718.04** | **$2,788,718.04** | **$0.00** |